FILED
September 27, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>GEORGINA CARRILLO AYALA, )<br>)<br>Defendant. ) | Case No. 2:18CR00164-MCE<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  GEORGINA CARRILLO AYALA , Case No.

 2:18CR00164-MCE , Charge  21USC § 846, 841(a)(1) , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $__

    ✔ Unsecured Appearance Bond $100,000.00

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

    ✔ (Other)    Pretrial conditions as stated on the record.

The defendant shall be released 9/28/2018 at 9:00 a.m. to Pretrial Services

Issued at  Sacramento, CA  on  September 27, 2018  at  2:45 pm  .

By  /s/ Allison Claire/s/ Allison Claire
Allison Claire
United States Magistrate Judge

Copy 2 - Court