TASHA PARIS CHALFANT, SBN 207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone: (916) 444-6100
Fax: (916) 930-6093
E-Mail: tashachalfant@gmail.com

Attorney for Defendant
GEORGINA CARRILLO AYALA

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGINA CARRILLO AYALA,<br><br>Defendant. | 2:18-CR-0164-5 MCE<br><br>**REQUEST TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

Ms. Carrillo Ayala was released on conditions in September 2018 and is supervised by the Pretrial Services Agency. After consultation with Assistant United States Attorney James Conolly and Pretrial Services Officer Alicia Mirgain, the defense requests and the government does not oppose, that Ms. Carrillo Ayala's conditions of pretrial release be modified as follows.

<u>DELETE</u> the drug testing condition.

All other conditions remain in full force and effect.

\\\\\
\\\\\

Respectfully submitted,

Dated: May 2, 2019

/s/Tasha Paris Chalfant
TASHA PARIS CHALFANT
Attorney for Defendant
GEORGINA CARRILLO AYALA

Dated: May 2, 2019

/s/ Tasha Paris Chalfant for
JAMES CONOLLY
Assistant United States Attorney
Counsel for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: May 9, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE