TASHA PARIS CHALFANT, SBN 207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone: (916) 444-6100
Fax: (916) 930-6093
E-Mail: tashachalfant@gmail.com

Attorney for Defendant
GEORGINA CARRILLO AYALA

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGINA CARRILLO AYALA,<br><br>Defendant. | 2:18-CR-0164 MCE<br><br>**STIPULATION AND ORDER TO REPLACE UNSECURED BONDS TO SECURED BOND** |

Ms. CARRILLO AYALA was released on conditions in September 2018 and is supervised by the Pretrial Services Agency. After consultation with Assistant United States Attorney James R. Conolly and Pretrial Services Officer Alicia Mirgain, the defense requests and the government does not oppose, that Ms. CARRILLO AYALA's bond be changed from unsecured bonds to a secured bond.

On October 31, 2019, this matter was heard before United States Magistrate Judge Edmond F. Brennan who agreed the secured bond could replace the unsecured bond (at the request of the cosignors).

Currently, the unsecured bond is for $100,000 and is signed by Ms. Carrillo Ayala's three nieces: Mayra Silva (Valdovinos Carrillo), Adriana Valdovinos and

- 1 -

| 1 | Brianda Valdovinos.  The replacement is for a $100,000 secured bond for the property at |
| 2 | 1820 Los Parajos Way, Modesto, California 95358.  Judge Brennan allowed Ms. Carrillo |
| 3 | Ayala to remain out of custody on conditions while the specifics of this bond replacement |
| 4 | were prepared. |

Pretrial Services Officer Alicia Mirgain verified with Mayra Silva (Valdovinos) and Benjamin Valdovinos, both of whom are willing to replace the current $100,000 unsecured bond with the $100,000 secured bond by their property listed above.  They both understand the risks involved if the defendant were to willfully fail to appear.

All other conditions remain in full force and effect.

Respectfully submitted,

Dated:  November 19, 2019           /s/Tasha Paris Chalfant
TASHA PARIS CHALFANT
Attorney for Defendant
GEORGINA CARRILLO AYALA

Dated:  November 19, 2019           /s/Tasha Paris Chalfant for
JAMES R. CONOLLY
Assistant United States Attorney
Counsel for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: November 19, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE