TASHA PARIS CHALFANT, SBN 207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:    (916) 444-6100
Fax:              (916) 930-6093
E-Mail:         tashachalfant@gmail.com

Attorney for Defendant
GEORGINA CARRILLO AYALA

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CR-0164 MCE |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| v. | **(CURFEW ON 11/20/19 ONLY)** |
| GEORGINA CARRILLO AYALA, | |
| Defendant. | |

Ms. CARRILLO AYALA was released on conditions in September 2018 and is supervised by the Pretrial Services Agency. After consultation with Assistant United States Attorney James R. Conolly and Pretrial Services Officer Alicia Mirgain, the defense requests and the government does not oppose, that Ms. CARRILLO AYALA's conditions of pretrial release be modified as follows.

ALLOW her curfew to be extended to 9:00 p.m. (from 7:00 p.m.) ONLY on Wednesday, November 20, 2019. Specifically:

"You may leave your home and attend the awards ceremony and dinner at your daughter's school since your daughter will be the (surprise) recipient of an award. You must return to your home by 9:00 p.m."

- 1 -

All other conditions remain in full force and effect.

Respectfully submitted,

Dated: November 19, 2019       /s/Tasha Paris Chalfant
TASHA PARIS CHALFANT
Attorney for Defendant
GEORGINA CARRILLO AYALA

Dated: November 19, 2019       /s/Tasha Paris Chalfant for
JAMES R. CONOLLY
Assistant United States Attorney
Counsel for Plaintiff

## ORDER

IT IS SO ORDERED.

Dated: November 20, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE