TASHA PARIS CHALFANT, SBN 207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:   (916) 444-6100
Fax:             (916) 930-6093
E-Mail:       tashachalfant@gmail.com

Attorney for Defendant
GEORGINA CARRILLO AYALA

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CR-0164-5 MCE |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE (LOCATION MONITORING)** |
| v. | |
| GEORGINA CARRILLO AYALA, | |
| Defendant. | |

Ms. Carrillo Ayala was released on conditions in September 2018 and is supervised by the Pretrial Services Agency. After consultation with Assistant United States Attorney James Conolly and Pretrial Services Officer Alicia Mirgain, the defense requests and the government does not oppose, that Ms. Carrillo Ayala's conditions of pretrial release be modified as follows.

DELETE the location monitoring and curfew conditions (Dkt. 109, Conditions #11 and #12). Specifically, delete:

#11 - "You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions

- 1 -

for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

#12 - **CURFEW:** You must remain inside your residence every day from 7:00pm to 7:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

All other conditions remain in full force and effect.

Respectfully submitted,

Dated:  August 13, 2020  /s/Tasha Paris Chalfant
TASHA PARIS CHALFANT
Attorney for Defendant
GEORGINA CARRILLO AYALA

Dated:  August 13, 2020  /s/ Tasha Paris Chalfant for
JAMES CONOLLY
Assistant United States Attorney
Counsel for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated:  August 14, 2020

U. S. MAGISTRATE JUDGE

# **AMENDED SPECIAL CONDITIONS OF RELEASE**

                                      Re: Georgina Carrillo Ayala
                                      No. 2:18-CR-00164-MCE-5
                                      Date: August 13, 2020

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

3. You must cooperate in the collection of a DNA sample;

4. You must restrict your travel to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

5. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

6. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

7. You must not associate or have any contact with co-defendants unless in the presence of counsel or otherwise approved in advance by the pretrial services officer; and

8. You must report any contact with law enforcement to your pretrial services officer within 24 hours.