TASHA PARIS CHALFANT, SBN 207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:   (916) 444-6100
Fax:               (916) 930-6093
E-Mail:         tashachalfant@gmail.com

Attorney for Defendant
GEORGINA CARRILLO AYALA

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>GEORGINA CARRILLO AYALA,<br><br>             Defendant. | 2:18-CR-00164 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE J&S AND MODIFY DISCLOSURE DATES** |

      The above matter is currently scheduled for Judgment and Sentencing on September 30, 2021.  The defense is requesting to continue the date and modify the disclosure dates because counsel is unavailable due to a family medical issue and there are issues with respect to safety valve eligibility.  As such, the defense needs additional time to research the safety valve issue and meet with Ms. Carrillo Ayala.

      The parties have no objections to this request.  This is necessary to properly represent the defendant.

      The new date requested for Judgment and Sentencing is September 30, 2021, at 10:00 a.m.  Accordingly, the new requested Schedule of Disclosure for the PSR is:

- 1 -

| | | |
|---|---|---|
| Judgment and Sentencing - | | 09/30/21 |
| Reply Date, or Statement of Non-Opposition – | | 09/23/21 |
| Motion for Correction Date – | | 09/16/21 |
| Report Date (Final) – | | 09/09/21 |
| Counsel's Written Objections Date – | | 09/02/21 |

Respectfully submitted,

Dated:  August 3, 2021          /s/Tasha Paris Chalfant
                                TASHA PARIS CHALFANT
                                Attorney for Defendant
                                GEORGINA CARRILLO AYALA

Dated:  August 3, 2021          /s/Tasha Paris Chalfant for
                                JAMES CONOLLY
                                Assistant United States Attorney
                                Counsel for Plaintiff

**ORDER**

The Court adopts the stipulation of the parties as its Order.  The September 2, 2021, Judgment and Sentencing in this case is hereby VACATED and CONTINUED to September 30, 2021.

IT IS SO ORDERED.

Dated: August 10, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE