TASHA PARIS CHALFANT, #207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Tel: 916-444-6100/Fax 916-930-6093
tashachalfant@gmail.com

Attorney for Defendant
GEORGINA CARRILLO AYALA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. Cr.S. 2:18-cr-00164-KJM |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER TO EXONERATE BOND |
| vs. | ) |
| GEORGINA CARRILLO AYALA, | ) Judge: Hon. Jeremy D. Peterson |
| Defendant. | ) |

On September 27, 2018, Magistrate Judge Allison Claire ordered Ms. Carrillo Ayala be released (Docket #110) on a $100,000 unsecured bond (Docket #112). On November 19, 2019, the parties stipulated to replacing the $100,000 unsecured bond with a bond secured by real property located at 1820 Los Parajos Way, Modesto, California 95358 (Docket #218). The appearance bond was filed on November 21, 2019 (Docket #224) and the collateral was filed on December 30, 2019 (Docket #230).

Ms. Carrillo Ayala has fulfilled all her obligations to the Court while on release and self-surrendered to the custody of the Bureau of Prisons, at FCI Dublin, on January 6, 2022.

Because she is no longer on release conditions, the secured bond posted on November 21, 2019, securing Ms. Carrillo Ayala's appearance and the Deed of Trust posted on December 30, 2019, may be ordered exonerated.

Counsel for the government has no objection to this motion or the Order it seeks.

-1-

1  Accordingly, Ms. Carrillo Ayala hereby moves to exonerate the secured bond by the
2  Deed of Trust posted on December 30, 2019, and that the Court reconvey the property back to
3  the owners.

                                         Respectfully submitted,

                                         /s/Tasha Paris Chalfant
                                         TASHA PARIS CHALFANT
                                         Attorney for Defendant
                                         GEORGINA CARRILLO AYALA

**ORDER**

The Court finds that Ms. Carrillo Ayala was released pursuant to a $100,000 secured bond by a Deed of Trust. Ms. Carrillo Ayala is in BOP custody and will remain in custody until her term is completed. She has satisfied all of her pre-trial release obligations to the Court.

THEREFORE, it is hereby ORDERED that the Clerk of the Court exonerate the $100,000 secured bond and that the Clerk of the Court reconvey the Deed of Trust #2019-0082225-00 (Docket #230).

Dated: January 13, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE