HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
GEORGINA CARRILLO AYALA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGINA CARRILLO AYALA,<br><br>Defendant. | No. Cr. S 18-164 KJM 5<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge: The Honorable KIMBERLY J. MUELLER |

Defendant, GEORGINA CARRILLO AYALA, by and through her attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

1.   Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), after taking into account the policy statements set forth in USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable;

2.   The United States Sentencing Commission recently amended the Sentencing Guidelines to include what now appears in USSG § 4C1.1 ("zero-point provision"). *See* Amendment 821, Part B, Subpart 1. The zero-point provision provides a 2-offense-level

reduction for certain offenders who present zero criminal history points and satisfy the criteria listed in USSG § 4C1.1(a).  The United States Sentencing Commission made the zero-point provision retroactive beginning February 1, 2024.  *See* USSG § 1B1.10(e)(2) (Nov. 1, 2023); 88 Fed. Reg. 60534;

3. On September 30, 2021, this Court sentenced Ms. Ayala to a term of 46 months imprisonment;

4. Ms. Ayala's total offense level was 23, her criminal history category was I, and the resulting guideline range was 46 to 57 months;

5. The sentencing range applicable to Ms. Ayala was subsequently lowered by the zero-point provision;

6. Ms. Ayala is eligible for a reduction in sentence, which reduces her total offense level by 2 from 23 to 21, and her amended advisory guideline range is reduced to 37 to 46 months;

7. Accordingly, the parties request the Court enter the order lodged herewith reducing Ms. Ayala's term of imprisonment to 37 months.

Respectfully submitted,

| | |
|---|---|
| Dated:  December 9, 2023 | Dated:   December 9, 2023 |
| PHILLIP A. TALBERT<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Shelley D. Weger*<br>SHELLEY D. WEGER<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>GEORGINA CARRILLO AYALA |

**ORDER**

This matter came before the Court on the stipulated motion of the parties for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Ms. Ayala is entitled to the benefit of Amendment 821, Part B, Subpart 1, the new zero-point provision, which reduces the total offense level from 23 to 21, resulting in an amended guideline range of 37 to 46 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in September 2021 is reduced to a term of 37 months, effective February 1, 2024.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Ms. Ayala shall report to the United States Probation Office within seventy-two hours after her release.

Dated:   December 12, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE